IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAYSEAN BARBER,<br><br>        Plaintiff,<br><br>vs.<br><br>SCOTT FRAKES, DR. SEAN THOMAS, DR. CYNTHIA POLAGE, DR. JEFF MELVIN, DR. AGNES STAIRS, DR. YVONNE WESTOVER, DR. SARAH HOFF, and DR. DOUGLAS MORIN,<br><br>        Defendants. | 8:21CV285<br><br>**MEMORANDUM AND ORDER** |

    This matter is before the court on its own motion. On July 30, 2021, the court entered a Memorandum and Order (filing 7) granting Plaintiff's Motion for Leave to Proceed in Forma Pauperis ("IFP") (filing 2) and directed Plaintiff to pay an initial partial filing fee of $161.85 within 30 days. Plaintiff recently contacted the clerk's office of this court and stated he paid the $350.00 filing fee when he filed the Complaint. The court's records reflect that is correct. (*See* Docket Sheet.) Because Plaintiff has been granted leave to proceed IFP and he has paid the full amount of the court's $350.00 filing fee,

    IT IS ORDERED that:

    1.    Plaintiff is not obligated to make any further filing fee payments in this case.

    2.    The clerk's office is directed to send a copy of this order to the appropriate official at Plaintiff's institution.

2

3.	Plaintiff is advised that the next step in Plaintiff's case will be for the court to conduct an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this initial review in its normal course of business.

Dated this 3rd day of August, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge